DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NOEL VINCENT THOMAS,

Appellant,

v.

NDC ASSET MANAGEMENT, LLC; JAMES ALLEN; and ANNIE
CASTRO,

Appellees.

No. 2D2025-2282

_____

April 10, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Emily A. Peacock, Judge.

Noel Vincent Thomas, pro se.

Brandt Roen, Kenneth R. Drake, Orlando Cabeza, and Abigail Mitchell of
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet LLP, for Appellees.


PER CURIAM.

    Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.